JODI LINKER
Federal Public Defender
Northern District of California
JERROD THOMPSON
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Jerrod_Thompson@fd.org

Counsel for Defendant Tafarella

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 3:23–352 CRB |
| Plaintiff, | **NOTICE OF REMOVAL OF COUNSEL** |
| v. | |
| NINA JEAN TAFARELLA, | |
| Defendant. | |

The Federal Public Defender's Office hereby files this Notice of Removal of Counsel to advise the Court that AFPD Jerrod Thompson is no longer assigned to this matter. Please remove AFPD Jerrod Thompson from the list of attorneys to be noticed in this case.

Dated: January 31, 2024

Respectfully submitted,

Jodi Linker
Federal Public Defender
Northern District of California

/S
JERROD THOMPSON
Assistant Federal Public Defender