IIDAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant TAFARELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NINA TAFARELLA,<br><br>Defendant. | Case No.: CR 23–352 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE** |

  The parties agree to continue the change of plea hearing to October 9, 2024, to enable Ms. Tafarella to make travel plans to come to the district.

  The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. The parties therefore stipulate and agree that excluding time until October 9, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time until October 9, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
[PROPOSED] STIPULATED ORDER
*TAFARELLA*, CR 23–352 CRB

IT IS SO STIPULATED.

October 1, 2024
Dated

ISMAIL RAMSEY
United States Attorney
Northern District of California

_____/S_____
KELSEY DAVIDSON
Assistant United States Attorney

October 1, 2024
Dated

_____/S_____
DAVID W. RIZK
RIZK & SHEARER LLP
Counsel for Ms. Tafarella

IT IS SO ORDERED.

October 2, 2024
Dated

_____
CHARLES R. BREYER
Senior United States District Judge

[~~PROPOSED~~] STIPULATED ORDER
*TAFARELLA*, CR 23–352 CRB

2