# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: December 18, 2024                     Judge:  Honorable Charles R. Breyer

Court Reporter: Debra Pas
Time:  11 Minutes
Case No.: CR23-0352-1 CRB
Case Name:  USA v.Nina Jean Tafarella (Present) (NC)

Attorney(s) for Government: Roland Cheng
Attorney(s) for Defendant(s): David Rizk

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held. The parties provided an Application for entry of guilty plea and proposed order to the Court.  The defendant was sworn.  Defendant plead guilty to Count(s) One through Five of the Indictment.  Sentencing hearing set for April 30, 2025 at 10:00 a.m.