| | |
|---|---|
| 1 | DAVID W. RIZK – CABN # 284376 |
| 2 | RIZK & SHEARER LLP |
|   | 466 Geary Street, Suite 201 |
| 3 | San Francisco, CA 94102 |
|   | Telephone: (415) 517-9044 |
| 4 | Email: drizk@rs-llp.com |

Counsel for Defendant TAFARELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 23–352 CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| NINA TAFARELLA, | |
| Defendant. | |

    The defendant recently completed the presentence interview and hence, the parties and U.S. Probation need additional time to prepare for sentencing. The government represents that one or more victims would like to attend the sentencing hearing and requests a date in September. Accordingly, the parties and U.S. Probation jointly request a sentencing date of September 10, 2025.

//

//

//

[PROPOSED] STIPULATED ORDER
*TAFARELLA*, CR 23–352 CRB

IT IS SO STIPULATED.

| | |
|---|---|
| July 9, 2025<br>Dated | CRAIG MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>KELSEY DAVIDSON<br>Assistant United States Attorney |
| July 9, 2025<br>Dated | RIZK & SHEARER LLP<br><br>_____/S_____<br>DAVID W. RIZK<br>Counsel for Ms. Tafarella |

IT IS SO ORDERED.

_____   _____
Dated                                              CHARLES R. BREYER
                                                         Senior United States District Judge

[PROPOSED] STIPULATED ORDER
*TAFARELLA*, CR 23–352 CRB