DAVID W. RIZK – CABN #284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email:       drizk@rs-llp.com

Counsel for Defendant TAFARELLA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23-352 CRB |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL DAVID W. RIZK IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM** |
| NINA TAFARELLA, | |
| Defendant. | **FILED UNDER SEAL** |

I, David W. Rizk, declare the following:

1. I am counsel to Ms. Tafarella in the above-captioned case.

2. Attached hereto as Exhibit A, and <u>filed under seal</u>, is a true and correct copy of a neuropsychological evaluation dated November 27, 2025.

3. Attached hereto as Exhibit B are true and correct copies of a letters from Ms. Tafarella and her sister to the Court.

4. Attached hereto as Exhibit C is a true and correct copy of an FBI 302 report produced by the government in discovery as US-NT-000062.

5. Attached hereto as Exhibit D is a true and correct copy of an FBI 302 report produced by the government in discovery as US-NT-000280.

6. Attached hereto as Exhibit E is a true and correct copy of an FBI 302 report produced by the government in discovery as US-NT-000222.

7. Attached hereto as Exhibit F is a true and correct copy of an FBI 302 report produced by the government in discovery as US-NT-005798.

8. Attached hereto as Exhibit G is a true and correct copy of an FBI 302 report produced by the government in discovery as US-NT-005798.

Declared under penalty of perjury this 28th day of November, 2025 in San Francisco, California.

                                                      /S
                                      DAVID W. RIZK
                                      Counsel for Defendant