# Exhibit B

Nov. 28, 2025

Your Honor Charles Breyer,

I want to make sure I express myself as open and honestly as I can to someone who only knows the worst about me. So, I am writing what I believe might be most helpful to you.

I also of course have a lot of guilt and shame and have been working hard to resolve some personal/mental challenges to avoid making a bigger mess of my life, my children's or anyone else's. I feel particularly awful and it has been most difficult to confront how I feel about violating the trust of the nice people I worked with during this period and the community up North. It is almost too much for me to think about. I am so sorry to them. I hope I can have the opportunity to repay them and that they may be able to find space to forgive me, although I am not expecting that.

I used to pride myself on being a hard working single mom trying to always set a good example and raise my kids in a more loving, predictable, positive home, free from drugs, alcohol, and abuse, mental and otherwise. I feel so blessed that my children have turned out so responsible, conscientious, kind, loving, and well adjusted young human beings…in spite of their mother going off the rails for the past 5+ years, becoming so checked out, habitually gambling, stealing, and living with constant shame that could only be masked by constant distraction and of course more gambling and bad choices. I regularly have conversations with them and make sure they feel free to ask me questions or express their frustration which ultimately comes from pain and confusion.

Up until my late 30's, I prided myself on being responsible, strong (or at least seemingly) and never breaking down. I moved my mom in with me and cared for her several years prior to her passing regardless of my 2 siblings having such anger toward her that they were unwilling to help. I of course don't regret that decision, but have come to realize that I have constantly over committed and thought it was weak to self reflect or discuss my issues, or constant mental challenges, inner turmoil, or admit I really needed help myself. ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Since there has been so much time, since the start of my case, I have spent a great deal of time in therapy. At first it wasn't that enjoyable (especially in the beginning before I could feel the eventual changes take place) and I would dread going, especially on days I felt more worn out or tired from work. Now I have been able to focus on the positive changes I have made, and continue to make, knowing it will inevitably benefit not just myself, but family members and of course my 2 children, and of course my future, and hopefully anyone I have an impact on throughout my life. I have also had to realize how avoiding all of my trauma and not being real about my feelings, having loose boundaries is what supported my making such bad choices later in life. Avoiding emotions, my past, and being vulnerable was never a good or realistic solution to any of my problems.

I am currently working for chiropractors/physical therapists that have devoted their lives to helping others for nearly 30 years to date. Their patients are primarily elderly or living with chronic pain, and not always in the best space. My employers have recently enlisted me to oversee staff, and making sure everyone stays organized and on schedule. I also aid in treating patients. I have never had such a rewarding job that is geared toward helping others, first and fore most.

I suppose I should have realized after caring for my mom, and other people throughout my younger life, that a job helping others is more rewarding and doesn't feel like biding time getting through the work day. I am not exactly sure if this will open doors to new plans for my future. A big part of me doesn't want to get my employers hopes up or too invested, since I am unsure of my future due to waiting for my sentencing. They have encouraged me to go back to school, figuring out the best career path in the hospitality business at the least.

I understand you have to weigh all of the information without intimately knowing people, which I am sure is a great challenge and at times a burden.

I can tell you that I have made the time I have been waiting for my sentence hearing count. As much as possible. Taking the time to grow, make necessary changes, own up to my faults, bad habits and choices. I have also been fortunate to spend time with my kids every free chance I get, mending our relationship, and reflecting on things that I lacked in my upbringing that I didn't realize impacted my future. I have been careful to not avoid the subject of my case, leaving the door open for them to voice their fears, frustration (w/me), and confusion over my behavior. It's been very humbling, and at times not easy to reason with them from a respectable stand. I will continue to do my best and appreciate every day and moment I have with them. And also, the hard lessons I have learned from all of this.

I trust your decision is not an easy one and appreciate your reading my letter nonetheless.

Nina Tafarella

November 23, 2025

Your honor Charles Breyer,

Nina Tafarella is my sister and I am writing regarding her case. I realize the details of her case and want to express how I feel about how she is doing right now and since her arrest.

She has always been strong and capable and up until maybe 5 or 6 years ago, she seemed to hold it together all the time. She has always worked hard since she was 15. I actually helped her get her first job and my friends who were her employer loved her. She has always been a hard worker with bosses who loved her. She had her own catering business for 10 years and has always been passionate about helping people.

After her caring for our mom, and her passing, she seemed to sort of go 'off the rails' a bit. We didn't connect or get along for the past several years due to her feeling like our brother and I didn't help out enough with our mom. It was a hard time for everyone and we were all very busy. Regardless of the reasoning it put some distance between all of us siblings.

When she moved up north I knew it was in efforts for her to get away from a lot of things. Her ex has an addiction to meds and had rolled his van loaded right after dropping her kids off to her. It's always been one thing after another for Nina and I know she get like she had nobody to lean on.

Since she came back to Santa Barbara after her arrest, it has taken her a while to get herself together. She went through a very dark time last year and deep into depression over the shame and guilt she has had from her mistakes she made. Disappointing her kids, family, and everyone finding out about what she has done.

In the last year, she has made huge changes and improvements. [redacted] So much more level, calm and even tempered. She is much more enjoyable to be around and seems to finally have a handle on her stress and emotions.

I am very proud of her for the improvements she continues to make and for all of the hard work she has been doing and has done over the past year especially. She continues to do counseling, is working very hard at her job that she seems to be very passionate about. I fee that she has learned a huge lesson from all of this and it's been a life changing experience that she continues to grow from.

She has always been a great mother but now is more present and real with her kids and anyone she is close to.

Thank you for giving me the opportunity to share my feelings.

Regards,

Marlo Tafarella