# Exhibit C

Case 3:23-cr-00352-CRB     Document 49-3     Filed 11/28/25     Page 1 of 3

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/22/2022

    RICH SILACCI, General Manager of the Humboldt County Fair Association (HCFA) located at [Redacted] California 95536, telephone number [Redacted] was interviewed at HCFA. Also present during the interview was HCFA's Treasurer, JACK RICE, HCFA's Office Manager, MOIRA KENNY, and Ferndale Police Department Chief Ron Sligh. After being advised of the identity of the interviewing Agent and the nature of the interview, SILACCI provided the following information:

    On or about January 3, 2022, SILACCI was hired as the General Manager of HCFA. HCFA's bookkeeper, NINA TAFARELLA, was already employed when SILACCI was hired. TAFARELLA was hired in or about February 2021. HCFA's management was in a state of disarray after the Covid-19 pandemic. As a result, in or about November 2020 HCFA hired a temporary manager on a contract basis. In sorting out HCFA's management, the manager noted that HCFA needed a bookkeeper. HCFA's manager found TAFARELLA through an advertisement on Craigslist.

    After being hired, TAFARELLA quickly took over HCFA's finances, which were messy and complex. TAFARELLA had sole control over HCFA's finances. TAFARELLA came into HCFA at a time when there were few experienced employees to provide a background to her role. That said, TAFARELLA was experienced with Quickbooks accounting software and basically taught HCFA's employees how to use it. SILACCI and HCFA's other employees relied on TAFARELLA and her financial expertise.

    While TAFARELLA was very knowledgeable, over time SILACCI began to notice suspicious practices by TAFARELLA. For example, TAFARELLA was very slow to generate financial reports from Quickbooks for SILACCI and HCFA's Treasurer, JACK RICE. In addition, the delayed reports provided by TAFARELLA were often sent from TAFARELLA's personal email address and were in a non-Quickbooks format, like a Microsoft Excel spreadsheet, created independently by TAFARELLA. That was unusual because SILACCI and RICE knew that reports could quickly and easily be generated directly from Quickbooks.

    On or about November 8, 2022, SILACCI was contacted by MIC MOULTON, the

Investigation on  11/15/2022  at  Ferndale, California, United States (In Person)

File #  196D-SF-3685149                                              Date drafted  11/18/2022

by  RATHBUN TODD D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

196D-SF-3685149
Continuation of FD-302 of (U) Interview of Rich Silacci ,On 11/15/2022 ,Page 2 of 2

Chief Executive Officer of Redwood Acres Fairgrounds. MOULTON saw that an arrest warrant was posted on North Coast Journal's "Active Warrant List" for the arrest of TAFARELLA. MOULTON knew TAFARELLA worked for HCFA and informed SILACCI about the warrant. Based on that information, HCFA had an outside consultant (TAWNY TESCONI) review its records for any suspicious activity. TESCONI quickly identified activity that appeared to be the embezzlement of funds from HCFA by TAFARELLA through payments made to a ghost employee created by TAFARELLA on or about June 28, 2021. It appeared that TAFARELLA had been routing payroll funds to the ghost employee from June 2021 until present. As a result, on November 10, 2022, HCFA shut down TAFARELLA's access to its Quickbooks, US Bank, and email accounts. Shortly thereafter, SILACCI contacted the Ferndale Police Department to file a report against TAFARELLA.

As of November 15, 2022, HCFA had not confronted TAFARELLA about her apparent embezzlement of funds from HCFA. That morning SILACCI sent TAFARELLA a text message asking if she was coming into the office to pay HCFA's bills, but TAFARELLA claimed she had pneumonia and was covered in poison oak. That said, TAFARELLA likely knew HCFA was aware of her embezzlement because it had already shut down all of TAFARELLA's remote access to its systems.

At this time, SILACCI received a telephone call from GREG GOMES, one of HCFA's board members. GOMES informed SILACCI that TAFARELLA was currently at Bear River Casino. As a result, the interview was ended to enable FPD to attempt to arrest TAFARELLA on her outstanding arrest warrant.