# Exhibit D

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___12/14/2022___

RICH SILACCI, General Manager of the Humboldt County Fair Association (HCFA) located at 1250 5th Street, Ferndale, California 95536, telephone number████Redacted████ was interviewed at HCFA. MOIRA KENNY, HCFA's Office Manager, was present for portions of the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, SILACCI provided the following information:

Prior to working for HCFA, SILACCI was a professor at Cal Poly San Luis Obispo. In or about August 2021, after retiring from teaching, SILACCI and his wife moved back to Ferndale, California. SILACCI was looking for a new community service-type position and some of his friends suggested he apply to be HCFA's General Manager. SILACCI applied to HCFA, was hired, and started in January 2022. KENNY started at the same time as SILACCI.

SILACCI and KENNY were trained by HCFA's prior management which included CATHERINE ZEIMER, MARY ANN RENNER, and HCFA's bookkeeper, NINA TAFARELLA. As General Manager, SILACCI's primary duty was to ensure the annual County fair occurred in August 2022. SILACCI also managed the campground located on the Humboldt County fairgrounds. The campground provided a continuous stream of income all year, so SILACCI tried to improve it shortly after starting. In addition, SILACCI managed HCFA's riding arena and the building rentals during non-fair time.

SILACCI's job involved managing all of the referenced HCFA operations as well as a handful of employees that performed maintenance and other fairground jobs. When it was closer to the annual fair, SILACCI helped organize people, run the livestock shows, hire fair entertainment, manage the horse racing events, and manage the people associated with those different activities.

The Humboldt County fair was skipped in 2020 due to the Covid-19 pandemic but occurred in 2021 and 2022. When SILACCI and KENNY started at HCFA, TAFARELLA was the most knowledgeable. As a result, in performing all of his described duties, SILACCI thought HCFA's books and records were the one thing that was taken care of.

TAFARELLA worked irregular hours but was scheduled to work on Wednesday

Investigation on ___11/30/2022___ at ___Ferndale, California, United States (In Person)___

File # ___196D-SF-3685149___    Date drafted ___12/02/2022___

by ___RATHBUN TODD D___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

196D-SF-3685149

Continuation of FD-302 of (U) Interview of Rich Silacci , On 11/30/2022 , Page 2 of 6

and Thursday of each week. HCFA's payroll was paid every other Thursday, so TAFARELLA was usually at HCFA's office on Thursdays. TAFARELLA also processed HCFA's bill payments. SILACCI reviewed bills that came in the mail, approved them, and gave TAFARELLA direction as to what expense accounts they should be charged to. TAFARELLA then processed the bills for payment. TAFARELLA had online access to HCFA's accounting software, QuickBooks Online. On several occasions, TAFARELLA said she could not come into HCFA's office so she worked remotely using QuickBooks Online. It was OK for TAFARELLA to occasionally work remotely because she had the ability to do so.

TAFARELLA ran HCFA's payroll every other week. SILACCI was not very involved in the payroll process. SILACCI's primary involvement with payroll included approving employee timecards and giving them to TAFARELLA to process. SILACCI also signed handwritten payroll checks. Many of HCFA's employees had their payroll setup for direct deposit but some were issued handwritten checks.

TAFARELLA's duties mainly consisted of being in charge of payables, payroll, and keeping HCFA's books in order. KENNY did most of HCFA's bank deposits and provided the deposit information to TAFARELLA to be recorded. TAFARELLA was the only HCFA employee that interacted with HCFA's QuickBooks and bank accounts. SILACCI did not review HCFA's bank account statements or follow the account activity in real-time. Only SILACCI and ANDY TITUS, HCFA's President, had signature authority on HCFA's bank accounts. That said, TAFARELLA had access to HCFA's bank accounts through her computer. SILACCI was not sure if TAFARELLA had the ability to initiate bank transfers from HCFA's bank accounts on a computer.

TAFARELLA also closed HCFA's books each month and provided QuickBooks financial reports to SILACCI and members of HCFA's Board of Directors. TAFARELLA provided the reports in PDF format. SILACCI reviewed the financial reports provided by TAFARELLA which included the following:

- Statement of Financial Position;

- Vendor Summary; and

- Statement of Activity.

SILACCI relied on TAFARELLA, her financial expertise, and the financial reports she provided him to make business decisions.

RENNER and ZEIMER managed HCFA prior to SILACCI. SILACCI believed RENNER and ZEIMER worked at HCFA from approximately November 2020 to December

US-NT-000281

196D-SF-3685149

Continuation of FD-302 of (U) Interview of Rich Silacci _____ , On 11/30/2022 , Page 3 of 6

2021.  HCFA had a contract with the Farm Bureau and the Farm Bureau assigned
RENNER and ZEIMER to help manage HCFA.  During RENNER's and
ZEIMER's employment, SILACCI was not sure if they were paid by the Farm
Bureau or HCFA.  According to ZEIMER, they hired TAFARELLA in or about
February 2021.  SILACCI did not know any additional details about how
TAFARELLA was hired and recommended the writer speak to RENNER or ZEIMER for
additional information.

TAFARELLA was not on HCFA's payroll.  TAFARELLA was paid as a contractor
through her company, CLEAN BOOKS NOW.  SILACCI thought TAFARELLA was paid
approximately $32 per hour.  TAFARELLA was never on HCFA's payroll and was
only paid through CLEAN BOOKS NOW.  Payments to CLEAN BOOKS NOW were
included in HCFA's monthly Vendor Summary reports.

TAFARELLA was not approved to use HCFA's funds to pay her personal
expenses.  No HCFA employees were approved to use HCFA funds on personal
expenses.  TAFARELLA was not approved to use HCFA funds to gamble at the
casino or pay for any other personal expenses.  HCFA had an employee
handbook which SILACCI would provide the writer at a later time.

In addition to TAFARELLA's accounting duties, she also performed all of
HCFA's Human Resources (HR) tasks.  For instance, when HCFA hired new
employees, TAFARELLA completed their paperwork and setup their payroll.

SILACCI knew almost nothing about HCFA's payroll process.  In hindsight,
there was a red flag that came up related to Internal Revenue Service (IRS)
payments made by HCFA.  SILACCI and others noticed that large IRS payments
were listed in some of HCFA's financial reports.  During the fair, HCFA had
almost 100 employees so when SILACCI noticed a large IRS expense he did not
second guess it.  SILACCI assumed the IRS expense was legitimate.  SILACCI
assumed it did not take TAFARELLA long to realize that no one was
questioning the IRS expenses.  Eventually SILACCI questioned TAFARELLA about
the IRS expense when it got very large.  SILACCI believed TAFARELLA knew he
was not knowledgeable about the IRS expense.  As a result, TAFARELLA told
him that QuickBooks pulled taxes automatically but was not setup correctly
to do so.  TAFARELLA said she was working on fixing the IRS issue.  SILACCI
assumed TAFARELLA was telling the truth and was comfortable with her
explanation at the time.

In addition to the IRS issue, SILACCI also thought it was odd that items
in TAFARELLA's month-end reports occasionally changed.  For instance, items
that should not change, like Unrestricted Assets, sometimes changed.
TAFARELLA always had excuses for discrepancies like that.  TAFARELLA's
excuses usually resulted in her blaming the transition HCFA made from

196D-SF-3685149

Continuation of FD-302 of (U) Interview of Rich Silacci _____, On 11/30/2022 , Page 4 of 6

QuickBooks Desktop to QuickBooks Online.  TAFARELLA claimed that certain
things did not transition correctly between the two platforms and she was
trying to sort them out.

All HCFA employees were paid hourly except for SILACCI who was salaried.
During the fair, HCFA paid some union horse racing employees and contract
laborers which was reported on IRS Form 1099's.  For example, HCFA paid a
guy to do the fair's sound and he was paid as contract labor.  HCFA never
paid commissions and no one at the fair was paid via commissions.

HCFA's maintenance was primarily performed by BRYCE BELL and TALON MOBLEY
(phonetic).  During the fair, BELL's brother, CASEY BELL, and another person
also did some maintenance work.  The person named BRYCE BILL was
fictitious.  BRYCE BILL was not a real employee but a variation of BRYCE
BELL's name.  HCFA's new accountant, BARBARA GUEST, recently discovered the
fake BRYCE BILL name in HCFA's records.  When reviewing HCFA's records,
GUEST noticed that BRYCE BILL was setup with a wacky Social Security Number
like 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 or something similar.  SILACCI believed BENJAMIN BILL was
also not a real employee.  As noted, HCFA had employees with the last name
BELL but not BILL.  It was possible that TAFARELLA made electronic payments
in BRYCE or BENJAMIN BILL's names without SILACCI's knowledge because he
only reviewed and signed handwritten checks.

HCFA was working with GUEST to review TAFARELLA's transactions during her
employment.  In addition to issuing false payments, GUEST thought TAFARELLA
might have also made, and deleted, several deposits.  GUEST told SILACCI
that it appeared TAFARELLA had made some deposits into HCFA's bank account
but deleted the deposits from HCFA's QuickBooks records.  If TAFARELLA
deleted deposits, that might have been something she was covering up in her
financial reports.

During fair time, SILACCI knew all the deposits that came in.  For
example, SILACCI had a ballpark figure of what he expected the October 2022
bank balance to be from HCFA's deposits after the fair.  When SILACCI saw
the October 2022 balance, it was substantially less than what he expected.
SILACCI brought that issue to the attention of HCFA's Board of Directors and
told the Board he wanted to hire an outside party to review HCFA's books and
records.  Approximately one week later, the matter involving TAFARELLA's
fraud blew up.  As a result, HCFA was reviewing that issue and TAFARELLA's
other activity with its accountant (GUEST).  HCFA hired GUEST to reconcile
all of HCFA's records to enable it to start fresh and clean in January
2023.  During that process, GUEST identified several issues, including the
fake BRYCE BILL employee.

196D-SF-3685149

Continuation of FD-302 of  (U) Interview of Rich Silacci                          , On  11/30/2022  , Page  5 of 6

    During her employment, TAFARELLA was very pleasant.  SILACCI believed
TAFARELLA was part of HCFA's team and was dedicated to making the 2022 fair
successful.  TAFARELLA was a little unreliable on days she was supposed to
pay bills, but HCFA's bills were always paid on time.  TAFARELLA was
organized when it came to vendor payments and SILACCI never received any
calls from vendors about payment issues.  TAFARELLA was kind of scattered
and hard to get focused on a task, as if she had Attention Deficit
Disorder.  SILACCI was not sure if that was her real personality or part of
the game she was playing.  To SILACCI's knowledge, there were no conflicts
between TAFARELLA and other HCFA employees.  That was part of the reason
SILACCI found the situation with TAFARELLA so disheartening.  SILACCI "never
had the wool pulled over [his] eyes" like that before.

    SILACCI recommended the writer speak with RENNER, ZEIMER, and MANDY
MARQUEZ about TAFARELLA.  SILACCI did not think TITUS had much interaction
with TAFARELLA.  JACK RICE had more interaction with TAFARELLA than TITUS
because of his role as HCFA's Treasurer.  MARQUEZ managed HCFA's Junior
Livestock bank account.  MARQUEZ had a substantial banking background
because she worked at Coast Central Credit Union.  The Junior Livestock
Auction had approximately $1.3 million in annual sales and MARQUEZ managed
those funds with various checks and balances.  MARQUEZ was very on top of
the receipts and payments of those funds and worked with TAFARELLA to pay
bills from that account.

    HCFA's Junior Livestock account had no issues in 2022, however, in 2021
the account had a fraudulent check issue.  MARQUEZ and TAFARELLA worked
together to fix that issue.  TAFARELLA was involved in closing the old
Junior Livestock account and setting up the new account.  MARQUEZ still
managed that account and, as noted, SILACCI did not think there were any
issues with it in 2022.  In hindsight, SILACCI and others wondered if the
2021 check fraud issue was perpetrated by TAFARELLA.

    If the writer speaks to MARQUEZ, she might mention MATT HAGUE.  HAGUE was
a Certified Public Accountant (CPA) and the Treasurer that oversaw the
Junior Livestock account.  That said, HAGUE started in 2022 so SILACCI did
not think he had much interaction with TAFARELLA.  SILACCI recommended the
writer speak with HCFA's new CPA, GUEST.

    Approximately one month before the issues with TAFARELLA arose, SILACCI
told HCFA's Board of Directors that he was planning to resign as General
Manager.  The General Manager job was too much work in relation to SILACCI's
personal life which was not what he was looking for in a retirement job.
Given the investigation into TAFARELLA, SILACCI planned to stay at HCFA for
now and figure out an appropriate way to leave at a later time.

US-NT-000284

196D-SF-3685149

Continuation of FD-302 of  (U) Interview of Rich Silacci _____ , On  11/30/2022  , Page  6 of 6


    At the conclusion of the interview, KENNY provided the writer with an
email she printed from TAFARELLA's HCFA email account (see attached).  The
referenced email was forwarded from TAFARELLA's personal email account
(ninajean1111@gmail.com) to her HCFA email account
(humcofairaccounts@frontiernet.net).  The forwarded email was dated May 19,
2022 and was related to a wire sent to a company named SCOTIA HOLDINGS,
LLC.  KENNY was not sure what the email was about, but thought it was
unusual that it was in TAFARELLA's work email.