# Exhibit E

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    11/30/2022

JACK RICE, Humboldt County Fair Association (HCFA) Treasurer, telephone number [Redacted] was interviewed at HCFA's office located at 1250 5th Street, Ferndale, California 95536.  After being advised of the identity of the interviewing Agent and the nature of the interview, RICE provided the following information:

HCFA was a 501(c)(3) non-profit organization.  RICE had been an HCFA board member since approximately February 2021.  In or about November 2021, RICE was elected as HFCA's Treasurer and Finance Committee Chairman.  Prior to RICE holding those roles, CLAIRE BUGENIG was HCFA's Treasurer.  RICE was an unpaid volunteer and was not normally in HCFA's office.  RICE was rarely in HCFA's office and was only there now to help with the fallout from the matter involving HCFA's bookkeeper, NINA TAFARELLA.  RICE's regular job outside of HFCA was as a consultant on water and environmental issues, such as ground water issues.  RICE was also a non-practicing attorney.

RICE served as the chairman at HCFA's Finance Committee meetings and worked a little with HCFA's General Manager (RICH SILACCI) and bookkeeper (TAFARELLA) to understand HCFA's financials before they were submitted to HCFA's Board of Directors (or "Board").  RICE described the process of obtaining and submitting financial reports to HCFA's Board as follows.  First, TAFARELLA provided the reports to RICE and SILACCI.  Next, RICE setup a Finance Committee meeting to review the reports.  During the meeting, the committee frequently asked questions about various line items and suggested corrections.  For example, during RICE's tenure as Treasurer, HCFA had issues where financial reports did not add-up correctly or had items that were miscategorized.  Corrections to the reports were then given to TAFARELLA who made them and regenerated the reports.  The updated reports were then presented at HCFA's monthly Board of Directors meeting.  RICE and the Finance Committee continuously worked to make HCFA's reports more understandable.

HCFA held monthly Board meetings.  TAFARELLA was not normally part of those meetings but created and printed the reports that RICE and/or SILACCI brought to the meetings.  RICE thought it was weird that it always took

| Investigation on | 11/18/2022 | at | Ferndale, California, United States (In Person) |

File # 196D-SF-3685149                                                    Date drafted 11/22/2022

by RATHBUN TODD D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US-NT-000222

FD-302a (Rev. 5-8-10)

196D-SF-3685149

Continuation of FD-302 of  (U) Interview of Jack Rice                                    , On  11/18/2022  , Page   2 of 5

TAFARELLA forever to make the monthly reports.  The normal monthly reports
created by TAFARELLA included the following:

- Statement of Financial Position;

- Statement of Activity; and

- Vendor List.

The Statement of Financial Position was essentially HCFA's balance sheet,
the Statement of Activity was similar to an income statement, and the Vendor
List was a list showing how much money went to each of HCFA's vendors.  The
Vendor List was provided because committee members wanted to see where
HCFA's money was going.  That list included normal vendor payments and
excluded payroll expenses.

RICE described the regular monthly process for obtaining and presenting
the referenced reports.  This process was the same for the past six to eight
months.  HCFA's Board of Directors met on the last Monday of each month.
The Finance Committee met one week prior to the Board, so on the third
Monday of the month.  Approximately halfway into a given month, RICE and
SILACCI asked TAFARELLA for HCFA's financial reports for the prior month to
be reviewed at the two meetings.  As previously noted, TAFARELLA was often
late in preparing the reports.  RICE and SILACCI also noticed that the
Statement of Financial Position was sometimes in Excel format while the
Statement of Activity was in QuickBooks format, which they thought was odd.
That said, once they had the reports, RICE and SILACCI reviewed them at the
Finance Committee meeting.  If the Finance Committee had questions, RICE and
SILACCI reviewed the questions with TAFARELLA.  The Finance Committee
frequently had changes to the reports which included non-nefarious type
things, such as re-categorizing expense items.

Once updated, the finalized reports were presented at HCFA's Board of
Directors meeting for acceptance.  The Boards of non-profit organizations
did not "approve" financial reports because they did not review the
underlying data.  Instead they simply "accepted" them.

RICE and SILACCI also worked through more high-level questions with
TAFARELLA.  Those questions included clarifying accounting and balancing
issues.  RICE and SILACCI made a continuous effort to fix HCFA's confusing
financial records.  In doing so, on one occasion, RICE, SILACCI, and
TAFARELLA met with a Certified Public Accountant (CPA) in Fortuna,
California named BARBARA GUEST.  RICE and SILACCI wanted GUEST's input and
help with HCFA's QuickBooks Online account.  However, GUEST became irritated

FD-302a (Rev. 5-8-10)

196D-SF-3685149

Continuation of FD-302 of  (U) Interview of Jack Rice                          , On  11/18/2022  , Page  3 of 5

with TAFARELLA's uncooperativeness and said she did not want to help them. GUEST said HCFA was "on its own."

TAFARELLA prepared HCFA's taxes last year (i.e. for 2021) which were filed via Internal Revenue Service Form 990. TAFARELLA prepared HCFA's taxes because GUEST would not. TAFARELLA filed HCFA's taxes around the time SILACCI and MOIRA KENNY (HCFA's Office Manager) started in or about January 2022. As a result, only TAFARELLA was familiar with HCFA's 2021 finances.

HCFA did not complete regular year-end audits. That said, county fairs in California were required to complete audits. HCFA was in the process of having audits completed for prior years but was several years behind. HCFA just completed its 2017 or 2018 audit, which was done by an accounting firm in Sacramento. RICE knew HCFA just completed its 2017 or 2018 audit because CAROLYN TITUS, a local journalist, had been complaining that HCFA was out of compliance.

TITUS used to own the Ferndale Enterprise (the local newspaper) and her husband was the former HCFA General Manager. Years ago, frictions developed between TITUS and HCFA's Board of Directors. There was a lot of drama and TITUS' husband was fired. TITUS filed lawsuits against HCFA and had a lot of 'bad blood' with HCFA. TITUS was still very active in the community and regularly filed the state equivalent of Freedom of Information Act requests to obtain HCFA's internal records. In fact, TITUS just filed a request to obtain HCFA's general ledger detail and other financial records that covered the period relevant to the investigation into TAFARELLA.

RICE and SILACCI wanted a CPA to help HCFA get properly organized but they had not found one. Just before the matter with TAFARELLA came up, SILACCI found TAWNY TESCONI, a woman that was experienced with fair finances. In addition, GUEST was willing to inspect HCFA's books on a limited basis as a CPA. HCFA planned to have GUEST work with TAWNY to review its accounting records and finances.

RICE was not familiar with TAFARELLA's job duties, HCFA's payroll, or how HCFA's finances worked. RICE looked at monthly and year-end reports, including HCFA's annual budget, but was not familiar with HCFA's day-to-day finances.

HCFA submitted an annual budget to the County each year for approval. Once approved, the budget was submitted to the California Department of Food and Agriculture. HCFA completed and submitted budgets to the State because the State provided it with some funding. The first year RICE was involved in HCFA's budget was 2021 for 2022's budget. RICE believed the previous

US-NT-000224

FD-302a (Rev. 5-8-10)

196D-SF-3685149

Continuation of FD-302 of  (U) Interview of Jack Rice                          , On  11/18/2022  , Page  4 of 5

Treasurer or someone else was involved with prior years' budgets.

   Last year, RICE and SILACCI sat down with the Finance Committee and showed the committee a draft budget they prepared.  RICE and SILACCI prepared the budget based on HCFA's activity from the previous year.  The figures RICE and SILACCI based the budget on were provided to them by TAFARELLA from QuickBooks.

   Prior to Covid, HCFA's management was in chaos.  CATHERINE ZIEMER and MARY ANN RENNER tried to fix that chaos by, in part, hiring TAFARELLA as HCFA's new bookkeeper.

   RICE was not familiar with bank account reconciliations prepared by TAFARELLA.  If TAFARELLA prepared account reconciliations, no one but TAFARELLA reviewed them.  The Finance Committee only reviewed reports prepared by TAFARELLA and those were typically only the three reports previously discussed.  As a result, the Finance Committee did not see or review HCFA's bank statements, only the balance sheet reports showing the bank account balances.

   In addition to SILACCI, ZIEMER, and RENNER, RICE recommended the writer speak to ANDY TITUS, President of HCFA.  TITUS was involved in the day-to-day work at HCFA and the hiring process for HCFA's managers.  TITUS' phone number was 707-496-8841.

   RICE and others did not know anything was wrong with TAFARELLA until after HCFA's Board meeting on November 7, 2022.  On or about November 14, 2022, SILACCI was informed by TESCONI of the scale of TAFARELLA's apparent fraud at HCFA.  On or about November 15, 2022, RICE became involved in the matter to assist SILACCI because SILACCI needed help.  SILACCI was planning to resign from HCFA but, after learning of TAFARELLA's fraud, decided to stay to help HCFA work through the matter.  RICE and SILACCI informed law enforcement about TAFARELLA's activity sometime between November 8 and 15, 2022.  RICE and SILACCI had not formally informed HCFA's Board of Directors about the matter because they were trying to prevent too much information from leaking.  That said, RICE assumed the Board was familiar with what happened due to the recent press on the matter.  RICE learned from SILACCI or TITUS that TAFARELLA was also involved in a fraud involving NORTH COAST DANCE STUDIO.

   Following the interview, at the writer's request, RICE provided the writer with copies of three checks made payable to TAFARELLA's daughter, ZOLA TAFARELLA, dated July and August 2022 (see attached).  RICE also provided a QuickBooks printout of a check payable to TAFARELLA dated July 9,

US-NT-000225

196D-SF-3685149

Continuation of FD-302 of  (U)  Interview of Jack Rice _____ , On  11/18/2022  , Page   5  of  5


2021 (see attached).

US-NT-000226