# Exhibit F

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/23/2022

    KATHERINE ZIEMER, home address [Redacted] California 95503, telephone number [Redacted], was interviewed by telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, ZIEMER provided the following information:

    ZIEMER was the Executive Director and Manager for the Humboldt County Farm Bureau (or "the Farm Bureau") until she retired on May 1, 2022. ZIEMER worked at the Farm Bureau for 32 years. As Executive Director, ZIEMER's duties included managing the Farm Bureau's day-to-day operations, its scholarship program, and all other aspects of its operations.

    On or about November 1, 2020, ZIEMER and MARY ANN RENNER took on managing the Humboldt County Fair which was run by the Humboldt County Fair Association (HCFA). ZIEMER worked at HCFA until approximately October 31, 2021.

    As of 2020, HCFA had not had a manager for almost a year. One of HCFA's Board of Directors (Board) members was also on the Farm Bureau's Board. As a result, the Farm Bureau Board discussed the situation and tried to find someone to fill in as the HCFA manager. At the time, due to the lack of management, they were not sure if HCFA would be able to put on a county fair in 2021 due to the pandemic. It was also uncertain if HCFA could afford to hire a manager. As a result, it was decided HCFA needed a temporary one-year manager to help get things back on track. As a result, ZIEMER and RENNER were appointed as HCFA's temporary General Manager and Office Manager, respectively.

    ZIEMER and RENNER helped get HCFA to the point of hiring a full-time General Manager. ZIEMER and RENNER remained Farm Bureau, not HCFA, employees and were paid by the Farm Bureau. HCFA in turn paid the Farm Bureau for ZIEMER's and RENNER's time.

    When ZIEMER and RENNER started at HCFA, there were no other employees in HCFA's office. HCFA did not have a bookkeeper, assistant, secretary, or anyone else. HCFA had approximately a year worth of backlogged mail and

Investigation on   12/15/2022    at    Fortuna, California, United States (Phone)

File #   196D-SF-3685149                         Date drafted   12/15/2022

by   RATHBUN TODD D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Interview of Katherine Ziemer , On 12/15/2022 , Page 2 of 5

files on the floor. Some of HCFA's Board members had been paying the bills because there was very little going on due to the pandemic.

ZIEMER and RENNER worked together with HCFA's Board to come up with a plan to hold the 2021 fair. At the time, most fairs in California were not happening due to the uncertainty of the pandemic. As a result, it was difficult to find people to even provide concessions at the fair. As things progressed with the fair in early 2021, ZIEMER and RENNER searched for someone to help with HCFA's bill payments, such as a part-time bookkeeper. HCFA did not want to hire a CPA firm because it did not have enough money to pay one.

ZIEMER found NINA TAFARELLA on Craigslist. TAFARELLA had an advertisement on Craigslist for bookkeeping services. ZIEMER contacted TAFARELLA and TAFARELLA emailed ZIEMER her resume. TAFARELLA's resume listed her past experience which looked good. TAFARELLA said she was also working at a dance studio in Eureka, California and another company in or about Garberville, California named Daisy Supply, or something like that. TAFARELLA also provided references but ZIEMER did not contact them.

ZIEMER and RENNER interviewed TAFARELLA. HCFA needed someone that was fluent in QuickBooks and could help with HCFA's finances. HCFA had hundreds of subaccounts in QuickBooks because it changed accountants many times over the years. As a result, it was hard to review HCFA's past financial history because all of the accounts were jumbled around. In addition, HCFA's Board members were not financially savvy. In speaking with TAFARELLA, she seemed to understand QuickBooks and the concepts at hand. ZIEMER felt TAFARELLA could handle the job and was therefore hired as a contractor. TAFARELLA was not an HCFA employee, but contracted on an hourly basis. ZIEMER thought TAFARELLA was paid approximately $35-40 per hour and was issued checks with no withholdings. TAFARELLA's hourly rate was very reasonable, especially compared to what a CPA firm cost.

TAFARELLA's duties included paying invoices and handling HCFA's payroll. After ZIEMER approved an invoice for payment, she passed it to TAFARELLA to be paid and recorded. TAFARELLA also helped with HCFA's backlogged audits. The fair was a mess and needed State funding. However, the State required HCFA to have regular audits in order to obtain that funding. At the time, HCFA was approximately 15 years behind in its audits, so the State was threatening to withhold funding. ZIEMER found an audit firm in Grass Valley, California to help with HCFA's audits. TAFARELLA helped to provide documentation to the audit firm as it was requested. TAFARELLA was HCFA's bookkeeper. TAFARELLA logged bank deposits in QuickBooks, but did not make the deposits at the bank. Someone else from HCFA made the actual deposits

196D-SF-3685149

Continuation of FD-302 of (U) Interview of Katherine Ziemer , On 12/15/2022 , Page 3 of 5

because they wanted a separation of duties for deposits.

ZIEMER did not do anything in HCFA's QuickBooks system and did not think RENNER did either. ZIEMER wanted one person to handle QuickBooks for consistency. Furthermore, ZIEMER and RENNER were working approximately 12 hour days and were very busy with all of the other things required to get HCFA back in order for the 2021 fair. As a result, HCFA's QuickBooks was primarily handled by TAFARELLA.

ZIEMER was not very familiar with HCFA's payroll process. TAFARELLA collected everyone's timecards, calculated their hours and withholdings, printed their checks, and issued their direct deposit payments. Timecards were not approved by other people and went straight to TAFARELLA. That said, ZIEMER reviewed peoples hours to see that they were appropriate. During the off-season, there were very few HCFA employees and most were paid by direct deposit. During fair time, there were a lot of hourly employees that were paid by check.

ZIEMER and others did not review HCFA's bank accounts. ZIEMER and HCFA's Board relied on the bank reconciliations and financial reports that TAFARELLA prepared and provided them. All of the financial reports provided to HCFA's Board by TAFARELLA are on the Internet because they are public documents. Those reports can be found on HCFA's website.

Beginning around October 2021 after the 2021 fair, HCFA began searching for a full-time manager for HCFA. ZIEMER and the Board narrowed down the candidates and hired RICH SILACCI at the end of December 2021. HCFA also hired MOIRA KENNY as HCFA's new Office Manager. SILACCI and KENNY started around the same time in or about January 2022.

ZIEMER thought TAFARELLA was very efficient and knew what she was doing. ZIEMER knew TAFARELLA worked at other places outside of HCFA, and seemed to be trying to fit HCFA into her busy schedule. As a result, TAFARELLA was limited on the amount of time she could devote to HCFA, which was the only frustration ZIEMER had with her. That said, when TAFARELLA was at work, she worked hard. TAFARELLA was very effective dealing with HCFA's outside audit firm and got it what it needed. TAFARELLA did all of the file digging, scanning, and sending to the audit firm and was very helpful and proficient in doing so.

At no time did ZIEMER think TAFARELLA did not understand her job or profession. TAFARELLA seemed competent and was also pleasant to work with. TAFARELLA was very friendly and wanted to be everyone's friend, not just a bookkeeper, and she was. Looking back on TAFARELLA, she was very pleasant

```
                        196D-SF-3685149
Continuation of FD-302 of  (U) Interview of Katherine Ziemer          , On  12/15/2022  , Page  4 of 5
```

and ZIEMER never had any issues or cross words with her. TAFARELLA offered to work extra if needed. HCFA also had a lot of old items it wanted corrected and TAFARELLA helped with those as well.

TAFARELLA was not allowed to use HCFA's funds to pay her personal expenses. That type of activity was never allowed and could not be done. All of HCFA's expenses needed to be documented and approved. If ZIEMER had become aware of TAFARELLA spending HCFA funds on personal expenses, TAFARELLA would have been released instantly. HCFA trusted TAFARELLA and would not have allowed her to do anything inappropriate with its funds.

TAFARELLA was not in charge of, or involved in, hiring new employees but did help with new employee paperwork. ZIEMER was in charge of hiring employees. TAFARELLA provided tax and withholding forms to new employees and filed them once completed. TAFARELLA put the completed forms in each employees' file.

ZIEMER never noticed or was aware of any fake employees being on HCFA's payroll. That said, ZIEMER and RENNER did not review HCFA's QuickBooks files because that was not their job. It was TAFARELLA's job to manage QuickBooks and they trusted she was doing so. From ZIEMER's point of view, everything appeared to be running smoothly with TAFARELLA. ZIEMER did not notice any red flags regarding TAFARELLA and, if she had, would have addressed them. No one at HCFA had any indication that TAFARELLA was doing anything inappropriate. TAFARELLA seemed very knowledgeable and had a no-nonsense attitude. At the time, ZIEMER felt there was no reason to question TAFARELLA's work.

Other than SILACCI, KENNY, and RENNER, ZIEMER also recommended the writer speak to JACK RICE. RICE was HCFA's Treasurer and might have insight into the matter involving TAFARELLA.

ZIEMER was familiar with a check fraud issue that arose at HCFA in September 2021 after the 2021 fair. It appeared someone had taken HCFA checks, forged them, and cashed them. HCFA had a file on that incident. That said, the forged checks were very poorly done. The checks did not even have the correct account name on them, which should have been "Junior Livestock Auction." ZIEMER did not think TAFARELLA had anything to do with the check fraud because it was very poorly done. The checks were cashed by men at local banks. The men claimed the checks were from auction proceeds from their son's pigs, or something like that, and were given money. The perpetrators of that fraud were never caught. That said, the funds were insured so HCFA did not take a loss on it.

US-NT-005801

196D-SF-3685149

Continuation of FD-302 of (U) Interview of Katherine Ziemer , On 12/15/2022 , Page 5 of 5

    HCFA filed a police report in Eureka on the check fraud and MANDY MARQUEZ helped review the matter.  ZIEMER believed the US Bank branch in Eureka was the branch that looked into the matter.  ZIEMER reiterated that she was very skeptical that TAFARELLA was involved in the check fraud because of how poorly it was done, unless TAFARELLA did it poorly on purpose.  When ZIEMER saw the fraudulent checks they did not even resemble HCFA's real checks.  The checks had the wrong name and were very juvenile looking.  ZIEMER discounted the idea that TAFARELLA was involved in that from the beginning, but thought the writer should at least look at it.  ZIEMER thought KENNY probably had a file on that matter.

US-NT-005802